THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Latorey Green, Appellant.
 
 
 

Appeal From Sumter County
 Thomas W. Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No.  2008-UP-095
Submitted February 1, 2008  Filed
 February 11, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Dudek, South Carolina Commission, of Columbia, for Appellant. 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 Office of the Attorney General, all of Columbia:  and Cecil Kelly Jackson, of
 Sumter, for Respondent.  
 
 
 

PER CURIAM:  A jury convicted Latorey
 Green of murder and possession of a weapon during a violent crime.  The trial
 judge sentenced him to life imprisonment for the murder conviction and five years
 imprisonment for the weapon conviction.  Green argues the trial judge erred in
 refusing to grant his motion for a mistrial because prejudicial DNA evidence
 insinuated he was a rapist.  Pursuant to Anders
 v. California, 386 U.S. 738 (1967), counsel attached a petition to be
 relieved, stating he reviewed the record and concluded this appeal lacks
 merit.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Greens appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
ANDERSON,
 SHORT, and THOMAS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.